UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>                Plaintiff,<br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>                Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Declaration of Mike Mathias in Support of Defendants' Motion for Summary Judgment** |

I, Mike Mathias, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am one of the Defendants in the above-captioned proceeding before this Court. I make this Declaration in support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from my deposition transcript.

3. I am currently the Vice President of Sales for heart valve therapies in the Cardiac and Vascular Group at Medtronic.

4. From approximately 2010 to 2014, I was Medtronic's Regional Vice-President of Sales for the Cardiac and Vascular group for the Florida region.

1

During that time, Neal Horne and Clayton DeSantis reported to me. John Burns was formerly a Sales Representative and later a Clinical Specialist in my region.

5. For at least one year before Burns's termination, I was aware that his sales were steeply declining. Based on quarterly sales results and registered implant reports, Burns's territory was one of the worst performing territories in the Florida region.

6. In or around October 2013, Horne and I were meeting and were approached by one of Burns's customers. I had never met the physician but he was very upset with the way Burns had treated him. According to the physician, Burns had threatened him. He insisted that Medtronic make personnel changes and told us Burns was no longer permitted in his office.

7. Shortly after that encounter, Horne called me to discuss Burns's future at Medtronic. To address Burns's poor sales figures and increasing customer complaints, Horne asked me if I would create a Clinical Specialist position for Burns. I agreed to do so and created that position specifically for Burns.

8. I have had very few direct communications with Burns. Burns never reported any misconduct or violations of law to me.

9. I was not aware that Burns filed a False Claims Act action against Medtronic until after this lawsuit was initiated.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed in Minneapolis, Minnesota this 9th day of May, 2017.

By:  */s/ Mike Mathias*
     Mike Mathias

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed in Minneapolis, Minnesota this 9th day of May, 20

By *[signature]*
Mike Mathias

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>                    Plaintiff,<br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>                    Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Certificate of Service** |

I HEREBY CERTIFY that on May 12, 2017, I, Jeffrey S. Gleason, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Cynthia N. Sass
Yvette D. Everhart
Joshua R. Kersey
Law Offices of Cynthia N. Sass, P.A.
601 W. Dr. Martin Luther King Jr. Blvd.
Tampa, FL 33603
csass@sasslawfirm.com
yeverhart@sasslawfirm.com
jkersey@sasslawfirm.com

John C. Davis
Law Office of John C. Davis
623 Beard Street
Tallahassee, Florida 32306-6321
john@johndavislaw.net

Dated: May 12, 2017        **Robins Kaplan LLP**

                By:___/s/Jeffrey S. Gleason_____
                    Jeffrey S. Gleason (admitted *pro hac vice*)
                    Amira A. ElShareif (admitted *pro hac vice*)

4

        Robins Kaplan LLP
        800 LaSalle Avenue, Suite 2800
        Minneapolis, Minnesota 55402-2015
        Telephone: (612) 349-8500
        Fax: (612) 339-4181
        JGleason@RobinsKaplan.com
        AElShareif@RobinsKaplan.com

        Michael R. Whitt
        (Fla. Bar No. 0725020)
        Robins Kaplan LLP
        Suite 201
        711 5th Ave S
        Naples, FL 34102
        Telephone: (239) 433-7707
        Fax: 239-433-5933
        MWhitt@RobinsKaplan.com

        *Attorneys for Defendants Medtronic, Inc.,*
        *Neal Horne, Mike Mathias, and Clayton*
        *DeSantis*