**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JOHN BURNS, | Case No. 8:15-cv-2330-EAK-TBM |
| Plaintiff, | |
| v. | |
| MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS, | |
| Defendants. | |

**<u>Defendants' Certification of Good-Faith Conference</u>**

Pursuant to the Court's December 18, 2015 Case Management and Scheduling Order [Doc. 31] and the Court's May 24, 2017 Order [Doc. 90], Defendants Medtronic, Inc., Neal Horne, and Mike Mathias, by and through counsel, and Defendant Clayton DeSantis, by and through Counsel, telephonically conferred in good faith with Plaintiff's counsel on May 30, 2017 in order to narrow the factual issues in dispute with respect to Defendants' Joint Motion for Summary Judgment. The parties were unable to agree on a narrowing of the factual issues in dispute. Accordingly, Defendants contemporaneously file their Joint Statement of Undisputed Facts.

Following the telephonic conference, Plaintiff's counsel informed Defendants' counsel that Plaintiff no longer asserts that Medtronic violated the Florida Whistleblower Act ("FWA") by violating the Physician Sunshine Act, 42 C.F.R. parts 402 and 403 or

Medtronic's Corporate Integrity Agreement. (Gleason Decl., Ex. 8.) It appears that

Plaintiff continues to assert his FWA claim on other grounds.

Dated: June 2, 2017                    **Robins Kaplan LLP**

By: */s/Jeffrey S. Gleason*
    Jeffrey S. Gleason
    (admitted *pro hac vice)*
    Amira A. ElShareif
    (admitted *pro hac vice*)
    Robins Kaplan LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402-2015
    Telephone: (612) 349-8500
    Fax: (612) 339-4181
    JGleason@RobinsKaplan.com
    AElShareif@RobinsKaplan.com

    Michael R. Whitt
    (Fla. Bar No. 0725020)
    Robins Kaplan LLP
    Suite 201
    711 5th Ave S
    Naples, FL 34102
    Telephone: (239) 433-7707
    Fax: 239-433-5933
    MWhitt@RobinsKaplan.com

*Attorneys for Defendants Medtronic, Inc., Neal Horne, Mike Mathias, and Clayton DeSantis*

**Zuckerman Spaeder LLP**

By: */s/ Marcos E. Hasbun*
    (*Signed by Filing Attorney with permission of Non-Filing Attorney*)
    Marcos E. Hasbun
    Fla. Bar No. 145270
    Sara Alpert Lawson
    Fla. Bar No. 43177

Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
mhasbun@zuckerman.com
slawson@zuckerman.com

*Attorneys for Clayton DeSantis*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>                    Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>                    Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Certificate of Service** |

I HEREBY CERTIFY that on June 2, 2017, I, Jeffrey S. Gleason, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Cynthia N. Sass
Yvette D. Everhart
Joshua R. Kersey
Law Offices of Cynthia N. Sass, P.A.
601 W. Dr. Martin Luther King Jr. Blvd.
Tampa, FL 33603
csass@sasslawfirm.com
yeverhart@sasslawfirm.com
jkersey@sasslawfirm.com

Marcos E. Hasbun
Sara Alpert Lawson
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
mhasbun@zuckerman.com
slawson@zuckerman.com

John C. Davis
Law Office of John C. Davis
623 Beard Street
Tallahassee, Florida 32306-6321
john@johndavislaw.net

Dated: June 2, 2017                    **Robins Kaplan LLP**

By: */s/Jeffrey S. Gleason*
    Jeffrey S. Gleason (admitted *pro hac vice)*
    Amira A. ElShareif (admitted *pro hac vice*)

    Robins Kaplan LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402-2015
    Telephone: (612) 349-8500
    Fax: (612) 339-4181
    JGleason@RobinsKaplan.com
    AElShareif@RobinsKaplan.com

    Michael R. Whitt
    (Fla. Bar No. 0725020)
    Robins Kaplan LLP
    Suite 201
    711 5th Ave S
    Naples, FL 34102
    Telephone: (239) 433-7707
    Fax: 239-433-5933
    MWhitt@RobinsKaplan.com

    *Attorneys for Defendants Medtronic, Inc., Neal*
    *Horne Mike Mathias, and Clayton DeSantis*