UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>　　　　　　　　Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Declaration of Jeffrey Gleason in Support of Motion for Summary Judgment** |

I, Jeffrey S. Gleason, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am one of the attorneys representing Defendants in the above-captioned proceeding.

2. Attached as Exhibit 1 is a copy of excerpts from John Burns's deposition transcript.

3. Attached as Exhibit 2 is a copy of a February 25–28, 2014 email chain between Neal Horne and John Burns (copying Reuben Mjaanes, Mike Mathias, and Aarti Gupta), produced by John Burns at BURNS-000938–39.

4. Attached as Exhibit 3 is a copy of a March 5, 2014 email from Clayton DeSantis to John Burns, produced by John Burns at BURNS-000951.

5. Attached as Exhibit 4 is a copy of an October 6, 2015 letter from Matthew E. Robinson to Cynthia Sass, produced by John Burns at

1

BURNS-000221.

6.  Attached as Exhibit 5 is a copy of a February 28–March 14, 2014 email chain between John Burns, Christina Hoffman, and Terry Chang, produced by John Burns at BURNS-000954–56.

7.  Attached as Exhibit 6 is a copy of an April 25, 2014 email chain between John Burns and Suzanne Ripka, produced by John Burns at BURNS – 000970.

8.  Attached as Exhibit 7 is a true and accurate copy of an excerpt from the document produced by Burns at BURNS – 000113–129. Specifically, the excerpt is an email from John Burns to Neal Horne, produced at BURNS – 000119.

9.  Attached as Exhibit 8 is a true and correct copy of a May 31, 2017 email that I received from Joshua Kersey, counsel for John Burns.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed in Minneapolis, Minnesota this 2nd day of June, 2017.

By: /s/Jeffrey S. Gleason
Jeffrey S. Gleason

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>     Plaintiff,<br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>     Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Certificate of Service** |

  I HEREBY CERTIFY that on June 2, 2017, I, Jeffrey S. Gleason, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Cynthia N. Sass
Yvette D. Everhart
Joshua R. Kersey
Law Offices of Cynthia N. Sass, P.A.
601 W. Dr. Martin Luther King Jr. Blvd.
Tampa, FL 33603
csass@sasslawfirm.com
yeverhart@sasslawfirm.com
jkersey@sasslawfirm.com

Marcos E. Hasbun
Sara Louise Alpert Lawson
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
mhasbun@zuckerman.com
slawson@zuckerman.com

John C. Davis
Law Office of John C. Davis
623 Beard Street
Tallahassee, Florida 32306-6321
john@johndavislaw.net

Dated: June 2, 2017   **Robins Kaplan LLP**

By: */s/Jeffrey S. Gleason*
   Jeffrey S. Gleason (admitted *pro hac vice)*
   Amira A. ElShareif (admitted *pro hac vice*)

   Robins Kaplan LLP
   800 LaSalle Avenue, Suite 2800
   Minneapolis, Minnesota 55402-2015
   Telephone: (612) 349-8500
   Fax: (612) 339-4181
   JGleason@RobinsKaplan.com
   AElShareif@RobinsKaplan.com

   Michael R. Whitt
   (Fla. Bar No. 0725020)
   Robins Kaplan LLP
   Suite 201
   711 5th Ave S
   Naples, FL 34102
   Telephone: (239) 433-7707
   Fax: 239-433-5933
   MWhitt@RobinsKaplan.com

   *Attorneys for Defendants Medtronic, Inc., Neal Horne, Mike Mathias and Clayton DeSantis*