UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>                Plaintiff,<br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>                Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Declaration of Christina Rich in Support of Motion for Summary Judgment** |

I, Christina Rich, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this Declaration in support of Defendants' Motion for Summary Judgment.

2. I am currently the Deputy Chief Compliance Officer at Medtronic. Previously, I was the Chief Compliance Officer for Medtronic's Cardiac and Vascular Group.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from my deposition transcript.

4. In February 2014, I learned that Burns's counsel had sent a letter to Medtronic alleging various concerns. I was tasked with investigating Burns's allegations.

1

5. On February 25, 2014, I had a phone interview with Burns and his counsel. Among Burns's claims was that certain Sales Representatives went fishing with doctors. During our call, Burns did not say that he had ever previously reported this or any other alleged misconduct to Neal Horne, Mike Mathias, Clayton DeSantis, or anyone else at Medtronic.

6. Medtronic employees have an affirmative obligation to report any concerns of violations or suspected violations of company policy or the law. Medtronic employees can anonymously report concerns through Medtronic's "Voice Your Concern" hotline, or they can directly report concerns to a supervisor or to Human Resources. I reminded Burns of this obligation during our interview.

7. As part of my investigation, I reviewed Burns's annual Code of Conduct certifications, which all Medtronic employees are required to fill out. From 2011 to 2014, Burns's certifications indicated that he was aware of violations but had not reported them, which is a violation of Medtronic policy. Attached as Exhibit 2 is an email chain between Nancy Dowling and myself (Erin Scully Sheehan and Robert Streit also copied) confirming Burns's certification responses, produced by Medtronic at MEDTRONIC0000355–60.

8. In complying with Medtronic's Code of Conduct, Medtronic's employees also agree to comply with Medtronic's Business Conduct Standards ("BCS"). The BCS Desk Reference is available to all Medtronic employees, and

outlines practices to avoid violations of federal laws like the False Claims Act, Anti-Kickback Statute, and Physician Sunshine Act. Attached here as Exhibit 3 is a true and accurate copy of an excerpt from the BCS Desk Reference, produced by Medtronic at MEDTRONIC0000620–741.

    I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

    Executed in Minneapolis, Minnesota this 11th day of May, 2017.

By: */s/ Christina Rich*
      Christina Rich

outlines practices to avoid violations of federal laws like the False Claims Act, Anti-Kickback Statute, and Physician Sunshine Act. Attached here as Exhibit 3 is a true and accurate copy of an excerpt from the BCS Desk Reference, produced by Medtronic at MEDTRONIC0000620–741.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed in Minneapolis, Minnesota this __11__ th day of May, 2017.

By: _____
Christina Rich

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN BURNS,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS, and CLAYTON DESANTIS,<br><br>　　　　　　　Defendants. | Case No. 8:15-cv-2330-EAK-TBM<br><br>**Certificate of Service** |

　　　I HEREBY CERTIFY that on June 2, 2017, I, Jeffrey S. Gleason, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Cynthia N. Sass
Yvette D. Everhart
Joshua R. Kersey
Law Offices of Cynthia N. Sass, P.A.
601 W. Dr. Martin Luther King Jr. Blvd.
Tampa, FL 33603
csass@sasslawfirm.com
yeverhart@sasslawfirm.com
jkersey@sasslawfirm.com

Marcos E. Hasbun
Sara Louise Alpert Lawson
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
mhasbun@zuckerman.com
slawson@zuckerman.com

John C. Davis
Law Office of John C. Davis
623 Beard Street
Tallahassee, Florida 32306-6321
john@johndavislaw.net

Dated: June 2, 2017		**Robins Kaplan LLP**

  By: */s/Jeffrey S. Gleason*
    Jeffrey S. Gleason (admitted *pro hac vice)*
    Amira A. ElShareif (admitted *pro hac vice*)

    Robins Kaplan LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402-2015
    Telephone: (612) 349-8500
    Fax: (612) 339-4181
    JGleason@RobinsKaplan.com
    AElShareif@RobinsKaplan.com

    Michael R. Whitt
    (Fla. Bar No. 0725020)
    Robins Kaplan LLP
    Suite 201
    711 5th Ave S
    Naples, FL 34102
    Telephone: (239) 433-7707
    Fax: 239-433-5933
    MWhitt@RobinsKaplan.com

    *Attorneys for Defendants Medtronic, Inc., Neal Horne, Mike Mathias and Clayton DeSantis*