UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BURNS,

          Plaintiff,

vs.                                                                Case No.: 8:15-cv-02330-EAK-TBM

MEDTRONIC, INC., NEAL HORNE,
MIKE MATHIAS, and CLAYTON
DESANTIS.

          Defendants.
_____/

### SPECIAL APPEARANCE OF NON-RESIDENT ATTORNEY AND WRITTEN DESIGNATION OF LOCAL COUNSEL

Pursuant to Local Rule 2.02, MARTIN R. LUECK, of Robins Kaplan LLP, hereby enters this special appearance on behalf of Defendants, MEDTRONIC, INC., NEAL HORNE and MIKE MATHIAS, and in support states as follows:

1. I am a member in good standing of the bar of Minnesota.

2. I am not a resident of the State of Florida nor do I regularly practice law within the State of Florida.

3. Pursuant to Local Rule 2.02(a)(1), I hereby designate Michael R. Whitt of the law firm of Robins Kaplan LLP, who is a member in good standing of the bars of the State of Florida and of this Court, and who consents to act and accepts designation as local counsel for the Defendants, MEDTRONIC, INC., NEAL HORNE and MIKE MATHIAS, in this case. Accordingly, all notices given or required to be given in this

88543725.1

case and all papers served in this case may be given to and served upon the Defendants, MEDTRONIC, INC., NEAL HORNE and MIKE MATHIAS, at the following address:

    Michael R. Whitt, Esquire
    ROBINS KAPLAN LLP
    711 Fifth Avenue South, Suite 201
    Naples, Florida 34102
    (239) 430-7070 Telephone
    (239) 213-1970 Facsimile
    MWhitt@robinskaplan.com

4.     I have not previously requested *pro hac vice* admission before this Court and have not abused the privilege of appearance by special admission in other cases to such a degree as to constitute maintenance of a regular practice of law in the State of Florida.

Dated this 21st day of November, 2017.

                              Martin R. Lueck
                              Minnesota Bar No. 155548
                              *Counsel for the Defendants*
                              ROBINS KAPLAN LLP
                              800 LaSalle Avenue
                              Suite 2800
                              Minneapolis, Minnesota 55402
                              Telephone (612)-349-8500
                              Facsimile (612)- 339-4181
                              MLueck@RobinsKaplan.com

88543725.1

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy has been furnished by the Court's CM/ECF system to all counsel of record.

/s/ Michael R. Whitt
Michael R. Whitt
Florida Bar No. 725020
*Attorney for the Defendants*
ROBINS KAPLAN LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
E-mail: MWhitt@robinskaplan.com

3

88543725.1