UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BURNS,

    Plaintiff,

vs.                                            Case No. 8:15-cv-02330-T17-TBM

MEDTRONIC, INC.,
NEAL HORNE, individually,
MIKE MATHIAS, individually,
CLAYTON DeSANTIS, individually,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, JOHN BURNS, and Defendants, MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS and CLAYTON DeSANTIS, by and through their undersigned counsel, pursuant to Local Rule 3.08(a), hereby notify the Court that the parties have reached a settlement in this matter and will file a *Stipulation for Dismissal with Prejudice* once the proceeds have been transferred.

| | |
|---|---|
| s/ Cynthia N. Sass | s/ Jeffrey S. Gleason |
| Cynthia N. Sass | Jeffrey S. Gleason |
| Florida Bar No. 0691320 | Minnesota Bar No. 661489 |
| Yvette D. Everhart | Amira A. ElShareif |
| Florida Bar No. 36960 | Minnesota Bar No. 395348 |
| Joshua R. Kersey | Martin R. Lueck |
| Florida Bar No. 0087578 | Minnesota Bar No. 155548 |
| SASS LAW FIRM | Robins Kaplan LLP |
| 601 W. Dr. Martin Luther King Jr. Blvd | 800 LaSalle Avenue, Suite 2800 |
| Tampa, Florida 33603 | Minneapolis, Minnesota 55402-2015 |
| Phone: (813) 251-5599 | Phone: (612) 349-8500 |
| Fax: (813) 259-9797 | Fax: (612) 339-4181 |
| Email: csass@sasslawfirm.com | Email: JGleason@RobinsKaplan.com |
|        yeverhart@sasslawfirm.com |        AElShareif@RobinsKaplan.com |
|        jkersey@sasslawfirm.com |        MLueck@RobinsKaplan.com |
| and | and |

s/ John C. Davis
John C. Davis
Florida Bar No. 827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, Florida 32306-6321
Phone: (850) 222-4770
Fax: (850) 222-3119
Email: john@johndavislaw.net

Attorneys for Plaintiff

Dated:  December 6, 2017

(*signed by filing attorney with permission of non-filing attorney*)

s/ Michael R. Whitt
Michael R. Whitt
Florida Bar No. 0725020
Robins Kaplan LLP
711 5th Avenue South, Suite 201
Naples, Florida 34102
Phone: (239) 433-7707
Fax: (239) 433-5933
Email: MWhitt@RobinsKaplan.com

Attorneys for Defendants Medtronic, Inc., Neal Horne and Mike Mathias

Dated: December 6, 2017

 s/ Marcos E. Hasbun
Marcos E. Hasbun
Florida Bar No. 145270
Sara Alpert Lawson
Florida Bar No. 43177
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, Florida 33602
Phone: (813) 221-1010
Fax: (813) 223-7961
Email:  mhasbun@zuckerman.com
         slawson@zuckerman.com

Attorneys for Defendant Clayton DeSantis

Dated: December 6, 2017

(*signed by filing attorney with permission of non-filing attorneys*)