UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BURNS,

    Plaintiff,

vs.                                        Case No. 8:15-cv-02330-T17-TBM

MEDTRONIC, INC.,
NEAL HORNE, individually,
MIKE MATHIAS, individually,
CLAYTON DeSANTIS, individually,

    Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN BURNS, and Defendants, MEDTRONIC, INC., NEAL HORNE, MIKE MATHIAS and CLAYTON DeSANTIS, by and through their undersigned counsel, pursuant to Local Rule 3.08, hereby notify the Court that the parties have resolved this matter, and they stipulate to the dismissal of this action with prejudice as to all parties, with all parties to bear their own attorneys' fees and expenses, except as provided in the settlement agreement between the parties.

| | |
|---|---|
| s/ Cynthia N. Sass | s/ Jeffrey S. Gleason |
| Cynthia N. Sass | Jeffrey S. Gleason |
| Florida Bar No. 0691320 | Minnesota Bar No. 661489 |
| Yvette D. Everhart | Amira A. ElShareif |
| Florida Bar No. 36960 | Minnesota Bar No. 395348 |
| Joshua R. Kersey | Martin R. Lueck |
| Florida Bar No. 0087578 | Minnesota Bar No. 155548 |
| SASS LAW FIRM | Robins Kaplan LLP |
| 601 W. Dr. Martin Luther King Jr. Blvd | 800 LaSalle Avenue, Suite 2800 |
| Tampa, Florida 33603 | Minneapolis, Minnesota 55402-2015 |
| Phone: (813) 251-5599 | Phone: (612) 349-8500 |
| Fax: (813) 259-9797 | Fax: (612) 339-4181 |
| Email: csass@sasslawfirm.com | Email: JGleason@RobinsKaplan.com |
|     yeverhart@sasslawfirm.com |     AElShareif@RobinsKaplan.com |
|     jkersey@sasslawfirm.com |     MLueck@RobinsKaplan.com |

and

and

s/ John C. Davis  
John C. Davis  
Florida Bar No. 827770  
Law Office of John C. Davis  
623 Beard Street  
Tallahassee, Florida 32306-6321  
Phone: (850) 222-4770  
Fax: (850) 222-3119  
Email: john@johndavislaw.net

Attorneys for Plaintiff

Dated: December 21, 2017

(*signed by filing attorney with permission of non-filing attorney*)

s/ Michael R. Whitt  
Michael R. Whitt  
Florida Bar No. 0725020  
Robins Kaplan LLP  
711 5th Avenue South, Suite 201  
Naples, Florida 34102  
Phone: (239) 433-7707  
Fax: (239) 433-5933  
Email: MWhitt@RobinsKaplan.com

Attorneys for Defendants Medtronic, Inc., Neal Horne and Mike Mathias

Dated: December 21, 2017

s/ Marcos E. Hasbun  
Marcos E. Hasbun  
Florida Bar No. 145270  
Sara Alpert Lawson  
Florida Bar No. 43177  
Zuckerman Spaeder LLP  
101 East Kennedy Boulevard, Suite 1200  
Tampa, Florida 33602  
Phone: (813) 221-1010  
Fax: (813) 223-7961  
Email: mhasbun@zuckerman.com  
        slawson@zuckerman.com

Attorneys for Defendant Clayton DeSantis

Dated: December 21, 2017

*(signed by filing attorney with permission of non-filing attorneys)*